Michael Rex Tabler, WSBA #6047   THE HONORABLE LONNY R. SUKO
Schultheis Tabler Wallace
56 C Street N.W.
P.O. Box 876
Ephrata, Washington 98823
(509) 754-5264

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RILEY J. CISSNE and LORA L. CISSNE, husband and wife, d/b/a CISSNE FARMS; CISSNE FAMILY, LLC, a Washington limited liability company; TATER TIME POTATO CO., LLC, a Washington limited liability company; TERRY R. CISSNE, a married man; and, CISSTAR, LLC,

          Plaintiffs,

vs.

CHS INC., a Washington corporation; and, FIN-AG, INC., a Washington corporation,

          Defendants

No. CV-06-100-LRS

ORDER OF DISMISSAL

THIS MATTER having come regularly before the court pursuant to the stipulation and agreement of Defendants, CHS Inc. and Fin-Ag, Inc., and Plaintiff, Terry R. Cissne, the court having considered the parties' stipulation and

ORDER OF DISMISSAL- 1
F:\Kim\CLIENTS\FIN-AG, INC\CISSNE-RILEY\BANKRUPTCY\Adversary Proceeding-US Dist Ct\Pl.-Order of Dismissal.doc

SCHULTHEIS TABLER WALLACE
P.O. BOX 876    56 C STREET N.W.
EPHRATA, WASHINGTON 98823
TELEPHONE (509) 754-5264
FAX (509) 754-5835

agreement as well as all records, files and pleadings herein; and, the court being otherwise fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all remaining counterclaims of Defendants, CHS Inc. and Fin-Ag, Inc., as against Plaintiff, Terry R. Cissne, a married man, are dismissed, without prejudice and without costs as against any party.

DATED this 25th day of October, 2007.

s/Lonny R. Suko
_____
Judge Lonny R. Suko
United States District Judge

ORDER OF DISMISSAL- 2
F:\Kim\CLIENTS\FIN-AG, INC\CISSNE-RILEY\BANKRUPTCY\Adversary Proceeding-US Dist Ct\PL-Order of Dismissal.doc

SCHULTHEIS TABLER WALLACE
P.O. BOX 876    56 C STREET N.W.
EPHRATA, WASHINGTON 98823
TELEPHONE (509) 754-5264
FAX (509) 754-5835

Presented by:

SCHULTHEIS TABLER WALLACE

_____
Michael Rex Tabler, WSBA #6047
Attorneys for CHS Inc. and Fin-Ag, Inc.
P.O. Box 876
56 C Street N.W.
Ephrata, WA 98823
Phone: (509) 754-5264
FAX: (509) 754-5835
Email: schultab@bentonrea.com


Copy Received;
Approved as to Form;
Notice of Presentation Waived:

CARLSON, BOYD & BAILEY

Written Approval by
Paul H. Williams on
October 16, 2007
Paul H. Williams, WSBA #31684
Attorneys for Plaintiff, Terry R. Cissne
230 S. 2nd Street, #202
Yakima, WA 98901-2865
Phone: (509) 834-6611
FAX:  (509) 834-6610
Email: pwilliams@cbblawfirm.com

ORDER OF DISMISSAL- 3
F:\Kim\CLIENTS\FIN-AG, INC\CISSNE-RILEY\BANKRUPTCY\Adversary Proceeding-US Dist Ct\Pl,-Order of Dismissal.doc

SCHULTHEIS TABLER WALLACE
P.O. BOX 876   56 C STREET N.W.
EPHRATA, WASHINGTON 98823
TELEPHONE (509) 754-5264
FAX (509) 754-5835